UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

WHAL PROPERTIES, L.P., a California Limited Partnership; WHAL GP, LLC, a Nevada Limited Liability Company; PACIFIC COAST SUPPLY, LLC, a Nevada Limited Liability Company; and Does 1-10,

    Defendants.

Case No.:   2:16-CV-02969-MCE-DB

**ORDER**

## ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for April 20, 2017 at 2:00 pm at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: February 21, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE