UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WHAL PROPERTIES, L.P., a California Limited Partnership; WHAL GP, LLC, a Nevada Limited Liability Company; PACIFIC COAST SUPPLY, LLC, a Nevada Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-02969-MCE-DB<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1